## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK   )
COUNTY OF MONROE   )   SS:                                               23-MJ- 4033
CITY OF ROCHESTER   )

## INTRODUCTION

I, SETH FLEITMAN, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, having been duly sworn, states as follows:

1. I am a Special Agent of the Federal Bureau of Investigation ("FBI") of the United States Department of Justice. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in 18 U.S.C. § 2516.

2. I have served as an FBI Special Agent since May 2012 and am currently assigned to the FBI Buffalo Division, Rochester Resident Agency. During that time, I have received specialized training in, and participated in, criminal investigations involving, wire and mail fraud, human, drug, and weapons trafficking, neighborhood-based street gangs, organized crime matters, and crimes including violent criminal matters including investigations that utilized the execution of arrest warrants of persons and search warrants on residences and vehicles. Over the course of those investigations, I have conducted interviews of witnesses and subjects, supervised and handled confidential informants, participated in and supervised physical and electronic surveillance, utilized pen registers and trap and trace

1

devices, executed search and arrest warrants, and conducted consensually recorded telephone calls between confidential informants and subjects. In addition, I have had the opportunity to work with several other FBI Special Agents and other law enforcement agents and officers of varying experience levels. My investigative experience detailed herein, and the experience of other law enforcement agents who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3. This investigation is being conducted by Special Agents of the FBI and other law enforcement personnel. Your Affiant is fully familiar with the facts and circumstances of this investigation, from both my personal knowledge based upon my participation in this investigation, as well as from statements by and/or reports provided to me by law enforcement personnel of the FBI and other law enforcement agencies.

4. This affidavit is being submitted in support of a Criminal Complaint charging ADAM SCHADT (hereafter "SCHADT") with a violation of Title 18, United States Code, Section 875(c), transmitting a communication containing a threat to injure another, in interstate commerce, on or about August 23, 2022 in the Western District of New York. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the above described criminal violation, I have not presented all of the facts of this investigation to date. Rather, I have set forth such information so as to establish probable cause that the defendant committed the above described offense.

## PROBABLE CAUSE

5. By way of background, Your Affiant became involved in this investigation after being made aware of a series of threatening emails, sent to various recipients, all of which were believed to have been written and sent by SCHADT. One such email was sent to the Monroe County Sheriff at email address sheriff@monroecounty.gov on or about August 23, 2022, and was received nearly contemporaneously. The same email was transmitted simultaneously to the Rochester Police Chief at email address rpd.chief@cityofrochester.gov.[1] For ease of reference Your Affiant will refer to this email hereafter as the Subject Email. The Subject Email indicated that it was from "Adam SCHADT < aschadt79@gmail.com>". The Subject Email included two attachments which appeared to be: (1) a photograph of a handwritten note; and (2) a photograph of a piece of mail addressed to Adam SCHADT. Based on Your Affiant's training, experience and knowledge of the investigation to date, the Subject Email was sent via Gmail, which is a free email service provided by Google. Google is headquartered at 1600 Amphitheatre Pkwy, Mountain View, California.

6. The Subject Email was simultaneously transmitted to other recipients at various law enforcement agencies including: the FBI, the Department of Justice, the National Security Agency and the White House.

7. The Subject Email included the following text:

"Blocked from making appointments with tort lawyers; NYS is unsafe for me to enter; my phone calls are blocked or redirected on Verizon and AT&T, gang stalkers pursue me and threaten me in person everywhere I travel, so until the federal government deploys the army to control this insurrection in western New York I am unable to live."

---

[1] As of August 23, 2022, Todd Baxter was the elected Sheriff of Monroe County, and David Smith was the Chief of Police for the Rochester Police Department.

3

8. As indicated above, the first attachment was a photograph of what appeared to be a handwritten note. The first portion of the note is difficult to read, but becomes more legible as the note continues. Beginning with the fourth line of handwritten text, the note reads "I am shooting Chief Smith this week and Sheriff Baxter – Die Biden – FSMB.org – Adam Leland Schadt." The note was also dated "8/23/2022." As noted above, Monroe County Sheriff Todd Baxter and Chief David Smith, of the Rochester Police Department, were two of the recipients of the Subject Email. The first attachment is reproduced below:



9.   The second attachment is a picture of a piece of mail sitting on top of an open padfolio. The letter is addressed to "Mr. Adam Leland Schadt" and has a return mail address from the U.S. Department of Justice, Federal Bureau of Investigation. When looking at the image horizontally, on the right side, underneath the letter from the Department of Justice, it appears it be a portion of the handwritten note described by Your Affiant in the paragraph above. The second attachment is reproduced below:



10.   Due to the threatening nature of the email, the Monroe County Sheriff's Office referred the email to the FBI for further evaluation and investigation. On or about August 26, 2022, members of the FBI Baltimore office, along with support from local law enforcement agencies, located Adam SCHADT in a parking lot in Westminster, Maryland. While

SCHADT was not arrested at the time, in an abundance of caution, SCHADT was provided with *Miranda* warnings and subsequently affirmed he understood each warning and waived his *Miranda* rights, agreeing to speak with the interviewing personnel. SCHADT provided several email addresses that he used, including aschadt79@gmail.com. SCHADT was questioned about a number of emails and was generally forthcoming with information. SCHADT was shown the Subject Email along with the attachments, including the note threatening to shoot the Monroe County Sheriff and the RPD Chief. SCHADT admitted to sending the Subject Email and further specified that the attachments depicting the handwritten note threatening the Monroe County Sheriff and RPD Police Chief were in his handwriting. SCHADT told law enforcement that he sent the email to bring attention to his problems.

11.   During the interview, SCHADT admitted to sending several other provocative and threatening emails in an effort to get some attention. SCHADT stated as of July 2022, he had been living at his parents' home located at 374 Paper Mill Drive, Hampstead, Maryland. At the conclusion of the interview, Maryland State Police transported SCHADT to Carroll Hospital Center (CHC) on an Emergency Petition for a mental health evaluation. Following the evaluation, SCHADT was hospitalized and admitted to CHC as an in-patient.

12.   Based on the investigation to date, I believe SCHADT sent the SUBJECT EMAIL on an electronic device while residing in Hampstead, Maryland. As stated previously those emails were subsequently received at the Monroe County Sheriff's Office and Rochester Police Department in Rochester, New York. Additionally, I have been advised by the United

6

States Attorney's Office for the Western District of New York, that the internet is an instrumentality and channel of interstate commerce. Therefore, by virtue of SCHADT sending an email with the above described attachments via the internet, the Subject Email was transmitted through interstate commerce.

## CONCLUSION

13. Based on the foregoing, I submit that probable cause exists to believe that on or about August 23, 2022, ADAM SCHADT violated Title 18, United States Code, Section 875(c), transmitting a communication containing a threat to injure another, in interstate commerce.

SETH FLEITMAN
Special Agent
Federal Bureau of Investigation

Affidavit submitted electronically by email in .pdf format.
Oath administered, and contents and signature, attested to
me telephonically pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3)
on January 25, 2023.

HON. MARIAN W. PAYSON
United States Magistrate Judge

7